No. 73–807.  Cylinder Gas, Chemical, Petroleum, Auto-Service & Accessory Drivers, Maintenance, Mechanics, Helpers & Inside Employees Local No. 283, International Brotherhood of Teamsters,

CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA *v.* OTTAWA SILICA CO. ET AL. C. A. 6th Cir. Certiorari denied.